# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:21-CR-00169-1-DAD |
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| vs. | |
| MATTHEW THOMAS GONZALES, | |
| Defendant. | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Mai S. Shawwa is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to July 19, 2021. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **July 21, 2021**           _/s/ Jennifer L. Thurston_
                                    CHIEF UNITED STATES MAGISTRATE JUDGE